## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Kenneth Mattes | CHAPTER 13 |
| Debtor(s) | |
| | |
| FANNIE MAE A/K/A FEDERAL NATIONAL MORTGAGE ASSOCIATION | |
| Movant | |
| vs. | NO. 17-16033 REF |
| | |
| Kenneth Mattes | |
| Debtor(s) | |
| | |
| Frederick L. Reigle Esq. | 11 U.S.C. Section 362 |
| Trustee | |

## ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified and annulled to allow FANNIE MAE A/K/A FEDERAL NATIONAL MORTGAGE ASSOCIATION and its successor in title to proceed with the ejectment action regarding the premises 6515 Germans Corner Road Germansville, PA 18053.  The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: December 1, 2017**

_____
United States Bankruptcy Judge.

cc: See attached service list

Kenneth Mattes
1734 West Union Street
Allentown, PA 18104

Kenneth Mattes
6515 Germans Corner
Germansville, PA 18053

David W. Tidd,
P.O. Box 6643
Wyomissing, PA 19610

Occupant of Premises
6515 Germans Corner
Germansville, PA 18053

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532