United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-16033-ref
Kenneth Mattes                                                                  Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv              Page 1 of 1              Date Rcvd: Dec 01, 2017
                         Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2017.
db             +Kenneth Mattes,    1734 W. Union Street,    Allentown, PA 18104-6757

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2017 at the address(es) listed below:
      DAVID W. TIDD    on behalf of Debtor Kenneth  Mattes bankruptcy@davidtiddlaw.com
      FREDERICK L. REIGLE     ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
      JOSEPH JASPER SWARTZ     on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
       RA-occbankruptcy6@state.pa.us
      MATTEO SAMUEL WEINER    on behalf of Creditor    FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE
       ASSOCIATION bkgroup@kmllawgroup.com
      MATTHEW CHRISTIAN WALDT     on behalf of Creditor    Select Portfolio Servicing, Inc.
       mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
      REBECCA ANN SOLARZ    on behalf of Creditor    FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE
       ASSOCIATION bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                            TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Kenneth Mattes<br>　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| FANNIE MAE A/K/A FEDERAL NATIONAL MORTGAGE ASSOCIATION<br>　　　　　　　　　　Movant<br>　　vs.<br>Kenneth Mattes<br>　　　　　　　　　　Debtor(s) | NO. 17-16033 REF |
| Frederick L. Reigle Esq.<br>　　　　　　　　　　Trustee | 11 U.S.C. Section 362 |

**ORDER**

　　ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified and annulled to allow FANNIE MAE A/K/A FEDERAL NATIONAL MORTGAGE ASSOCIATION and its successor in title to proceed with the ejectment action regarding the premises 6515 Germans Corner Road Germansville, PA 18053.  The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: December 1, 2017**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Kenneth Mattes
1734 West Union Street
Allentown, PA 18104

Kenneth Mattes
6515 Germans Corner
Germansville, PA 18053

David W. Tidd,
P.O. Box 6643
Wyomissing, PA 19610

Occupant of Premises
6515 Germans Corner
Germansville, PA 18053

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532