## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Kenneth Mattes,<br><br>                  Debtor | Chapter 13<br><br>Case No.: 17-16033-ref |
| U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2004-FR3, Asset-Backed Certificates, Series 2004-FR3,<br>                Movant,<br>vs.<br>Kenneth Mattes,<br>                Debtor / Respondent,<br>and<br>Frederick L. Reigle,<br>                Trustee / Respondent. | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION FOR RELIEF FROM AUTOMATIC STAY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on January 25, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than February 11, 2018.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                                                        Respectfully submitted,
                                                        MILSTEAD & ASSOCIATES, LLC

DATED: February 13, 2018                      /s/Matthew C. Waldt
                                                        Matthew C. Waldt, Esquire
                                                         Attorney ID No. 203308
                                                         1 E. Stow Road
                                                         Marlton, NJ 08053
                                                         (856) 482-1400

Attorneys for Movant

Attorneys for Movant