**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    Kenneth Mattes,<br>                Debtor. | Chapter 13 |
| Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2004-FR3, Asset-Backed Certificates, Series 2004-FR3,<br>                Movant,<br>vs.<br>Kenneth Mattes,<br>                Debtor / Respondent,<br>and<br>Frederick L. Reigle,<br>                Trustee / Respondent. | Case No.: 17-16033-ref |

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY
AND 11 U.S.C. § 1301(c) AS TO CO-DEBTOR STAY**

      AND NOW, it is hereby

      **ORDERED** that Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2004-FR3, Asset-Backed Certificates, Series 2004-FR3 is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 as to Debtor, Kenneth Mattes, and under 11 U.S.C. § 1301(c) as to Co-Debtor, Belinda Handlovic, to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 1734 W Union Street, Allentown, PA 18104;

      **ORDERED** that Movant shall be permitted to reasonably communicate with the Debtor, Co-Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

      **ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

BY THE COURT:

**Date: February 16, 2018**

cc:    Matthew C. Waldt, Esquire
        David W. Tidd, Esquire
        Frederick L. Reigle, Trustee
        Kenneth Mattes
        Belinda Handlovic

_____
Hon. Richard E. Fehling, U.S.B.J.