United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-16033-ref
Kenneth Mattes                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: dlv              Page 1 of 1              Date Rcvd: Feb 16, 2018
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2018.
db             +Kenneth Mattes,    1734 W. Union Street,    Allentown, PA 18104-6757

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2018 at the address(es) listed below:
              DAVID W. TIDD    on behalf of Debtor Kenneth  Mattes bankruptcy@davidtiddlaw.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              MATTEO SAMUEL WEINER    on behalf of Creditor    FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE
               ASSOCIATION bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc.  et al...
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc.
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE
               ASSOCIATION bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    Kenneth Mattes,<br>                  Debtor. | Chapter 13 |
| Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2004-FR3, Asset-Backed Certificates, Series 2004-FR3,<br>                  Movant,<br>vs.<br>Kenneth Mattes,<br>                  Debtor / Respondent,<br>and<br>Frederick L. Reigle,<br>                  Trustee / Respondent. | Case No.: 17-16033-ref |

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY
AND 11 U.S.C. § 1301(c) AS TO CO-DEBTOR STAY**

AND NOW,  it is hereby

**ORDERED** that Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2004-FR3, Asset-Backed Certificates, Series 2004-FR3 is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 as to Debtor, Kenneth Mattes, and under 11 U.S.C. § 1301(c) as to Co-Debtor, Belinda Handlovic, to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 1734 W Union Street, Allentown, PA 18104;

**ORDERED** that Movant shall be permitted to reasonably communicate with the Debtor, Co-Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

BY THE COURT:

**Date: February 16, 2018**

cc:    Matthew C. Waldt, Esquire
        David W. Tidd, Esquire
        Frederick L. Reigle, Trustee
        Kenneth Mattes
        Belinda Handlovic

_____
Hon. Richard E. Fehling, U.S.B.J.