UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

KENNETH  MATTES
                                    : Bankruptcy No. 17-16033REF
            Debtor(s)               : Chapter 13

<u>ORDER</u>

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: March 1, 2018**

Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

DAVID W TIDD ESQ
1121 PENN AVENUE - SUITE 201
P O BOX 6643
WYOMISSING PA 19610-

KENNETH  MATTES
1734 W UNION ST
ALLENTOWN,PA.18104-6757