United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-16033-ref
Kenneth Mattes                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4            User: dlv                    Page 1 of 1                  Date Rcvd: Mar 01, 2018
                                Form ID: pdf900              Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2018.
```
db         +Kenneth Mattes,    1734 W. Union Street,    Allentown, PA 18104-6757
smg        +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
             Allentown, PA 18101-1603
smg         City Treasurer,    Eighth and Washington Streets,    Reading, PA   19601
smg        +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg        +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg        +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14002896    Bernadette Irace, Esquire,    Milstead & Associates,    1 E Stow Rd,    Marlton, NJ  08053-3118
14002897    City of Allentown,    c/o Portnoff Law Associates,    PO Box 391,    Norristown, PA  19404-0391
14002899    U.S. Bank NA, Successors Trustee,    Bank of America, et al.,    80 S 8th St Ste 224,
             Minneapolis, MN  55402-2106
14002900    Wells Fargo Bank,    PO Box 31557,    Billings, MT  59107-1557
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 02 2018 02:32:20    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14002898    E-mail/Text: cio.bncmail@irs.gov Mar 02 2018 02:31:40    Internal Revenue Servic,
             PO Box 7346,    Philadelphia, PA  19101-7346
14003795    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 02 2018 02:32:05
             Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
             Harrisburg, PA  17128-0946
14062495    E-mail/Text: jennifer.chacon@spservicing.com Mar 02 2018 02:32:48
             U.S. Bank NA, successor trustee,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
             Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14002895       17-16033
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
                                                                                             TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2018 at the address(es) listed below:
```
          DAVID W. TIDD    on behalf of Debtor Kenneth   Mattes bankruptcy@davidtiddlaw.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          MATTEO SAMUEL WEINER    on behalf of Creditor    FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE
           ASSOCIATION bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc.  et al...
           mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc.
           mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor    FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE
           ASSOCIATION bkgroup@kmllawgroup.com
          ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
           RRamos-Cardona@fredreiglech13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

KENNETH  MATTES
                                                    : Bankruptcy No. 17-16033REF
         Debtor(s)                                  : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: March 1, 2018**

Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

DAVID W TIDD ESQ
1121 PENN AVENUE - SUITE 201
P O BOX 6643
WYOMISSING PA 19610-

KENNETH  MATTES
1734 W UNION ST
ALLENTOWN,PA.18104-6757